BEFORE THE SECOND DIVISION, OCTOBER 7, 1944

**No. 49743.**—Protests 915351–G, etc., of American Straw Goods Co. (New York).

Opinion by Tilson, J. The record showed that certain hats are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and that others consist of ramie hats similar to those involved in Abstract 47291. In accordance therewith the protests were sustained as to the hats in question. ·